[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11836

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SALLIDY TOLENTINO VASQUEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cr-00444-KKM-AEP-2

_____

2                      Opinion of the Court                    24-11836

Before GRANT, LAGOA, and KIDD, Circuit Judges.

PER CURIAM:

Darlene Calzon Barror, appointed counsel for Sally[1] Tolentino Vasquez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Vasquez's conviction and sentence are **AFFIRMED**.

---

[1] The indictment incorrectly listed Vasquez's first name as "Sallidy."